**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
HARAM MELENDEZ,

                Plaintiff,

    -v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
----------------------------------------------------------X

20 **CIVIL** 6895 (PED)

**JUDGMENT**

10/6/2021

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated October 6, 2021, that the decision of the

Commissioner of Social Security be, and hereby is, reversed and remanded to the Commissioner

of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative

proceedings.

**Dated:** New York, New York
       October 6, 2021

                           **RUBY J. KRAJICK**

                           **Clerk of Court**

           **BY:**

                           **Deputy Clerk**